In the Matter of the Accounting of SECOND NATIONAL
BANK AND TRUST COMPANY OF CORTLAND, NEW YORK,
as Executor of MINNIE CALKINS, Deceased, Respond-
ent; HENRY CALKINS, Appellant.

FLOYD CALKINS et al., Respondents.

(Argued October 5, 1933; decided October 24, 1933.)

*Robert W. Sloan* and *James L. Fitzgerald* for appellant.
*Charles H. Gardner* for executor-respondent.

*Henry D. Lucy,* special guardian for Elizabeth Walsh, respondent.

*Louis R. Dowd* for Floyd Calkins, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.